B6A (Official Form 6A) (12/07)

**In re** Sheila Spezzaferro  
**Debtor**

**Case No.** 11-23001  
**(If known)**

*Amended*

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1/2 interest in Mother's Coop<br>Value listed below is 1/2 less expenses of sale and capital gains taxes<br><br>6295 Broadway Apt. B11<br>Riverdale, NY 10471 | JTWROS | J | 35,155.00 | None |
| Single Family Home<br>Owned with Husband<br>(value and loans listed at 50%)<br><br>133 Kingsley Drive<br>Yonkers, NY 10710 | Tenancy by the Entirety | J | 208,500.00 | 112,500.00 |
| | | Total ▶ | 243,655.00 | |

(Report also on Summary of Schedules.)